# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## NO. 06-1625

**GERMAINE BROOKS, ET AL.**

**VERSUS**

**CITY OF LAFAYETTE, ET AL.**

### CONSOLIDATED WITH

### NO. 06-1624

**RANDY FONTENOT, ET AL.**

**VERSUS**

**PATTERSON INSURANCE, ET AL.**

************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NOS. 2001-2002, 2001-2216
HONORABLE DURWOOD CONQUE, DISTRICT JUDGE

ON REMAND FROM THE LOUISIANA SUPREME COURT

************

**JIMMIE C. PETERS**
**JUDGE**

************

Court composed of Chief Judge Ulysses Gene Thibodeaux, Sylvia R. Cooks, Jimmie C. Peters, Elizabeth A. Pickett, and J. David Painter, Judges.

**AFFIRMED AS AMENDED.**

**PICKETT, J., DISSENTS AND ASSIGNS WRITTEN REASONS.**

Lawrence N. Curtis
Lawrence N. Curtis, LTD
Post Office Box 80247
Lafayette, LA 70598-0247
(337) 235-1825
COUNSEL FOR PLAINTIFFS/APPELLANTS:
     Randy Fontenot and Susanne Fontenot

Rickey W. Miniex
Clyde R. Simien
Todd M. Swartzendruber
Holli K. Yandle
Simien & Miniex
Post Office Box 81918
Lafayette, LA 70598-1918
(337) 269-0222
COUNSEL FOR DEFENDANT/APPELLEE/APPELLANT:
     Lafayette City-Parish Consolidated Government

Colleen McDaniel
Assistant Attorney General
Louisiana Department of Justice
Division of Risk Litigation
556 Jefferson Street, 4th Floor
Lafayette, LA 70501
(337) 262-1700
COUNSEL FOR DEFENDANT/APPELLEE:
     The State of Louisiana Through The
     Department of Transportation and Development

PETERS, J.

For the reasons assigned in *Fontenot v. Patterson Insurance Co.,* 06-1624 (La.App. 3 Cir. ___/___/___), ____ So.2d _____, on remand from the Louisiana Supreme Court, we amend the third-party judgment in favor of the Lafayette City-Parish Consolidated Government and against Germaine Brooks and the State of Louisiana, Department of Transportation and Development to reflect that Germaine Brooks is assessed with sixty percent of all damages awarded, and that the State of Louisiana, Department of Transportation and Development is assessed with the remaining forty percent. We order that Germaine Brooks and the State of Louisiana, Department of Transportation and Development, shall be responsible for court costs, including the cost of this appeal, in proportion to their fault. Pursuant to the requirement of La.R.S.13:5112(A), we set the forty percent share of costs assessed to the State of Louisiana, Department of Transportation and Development in a monetary amount, $297.49 in lower court costs and $3,354.67 in appellate costs.

**AFFIRMED AS AMENDED.**

GERMAINE BROOKS, ET AL.

VERSUS

CITY OF LAFAYETTE, ET AL.

**PICKETT, J., dissenting.**

For the reasons assigned in my dissent in *Fontenot v. Patterson Insurance Co.*, 06-1624 (La.App. 3 Cir. __/__/__), ___ So.2d ___, on remand from the Louisiana Supreme Court, I dissent from the majority's allocation of fault on the third party demand. The supreme court has ordered this court to apply the percentages of fault determined after a manifest error review of the jury's verdict to the stipulated damages of the Lafayette City-Parish Consolidated Government in its third-party demand. In accordance with the jury verdict, I would allocate 90% of the fault to Mr. Brooks and 10% to Mr. Fontenot.